UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                              Case No.: 10-15391-EPK

OXFORD SQUARE, LTD.,                                Chapter 11


        Debtor.

_____/


## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the undersigned attorneys appear as counsel for Midland Loan Services, Inc., special servicer for Bank of America, N.A. as Trustee for the Registered Holders of DLJ Commercial Mortgage Corp., Commercial Mortgage Pass-Through Certificates, Series 1988-CG1 ("the Creditor") and pursuant to, *inter alia*, Federal Bankruptcy Rules 2002 and 9007 and §1109(b) of the Bankruptcy Code, request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

     PLEASE TAKE FURTHER NOTICE that pursuant to §1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, with regards to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by the Creditor.

     PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any (1) right to have final orders in noncore matters entered only after de novo review by a District Judge, (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

72292 v_01 \ 122714.0002

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically or by U.S. Mail this 5th day of March, 2010 to the following: Debtor: Oxford Square, Ltd., P.O. Box 273760, Boca Raton, FL 33427; Debtor's attorney: Bradley S. Shrailberg, Esquire, 2385 NW Executive Center, Dr., #300, Boca Raton, FL 33431; U.S. Trustee, Office of the US Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, FL 33130.

Respectfully submitted,

/David J. Lienhart
W. Glenn Jensen, Esquire
Florida Bar No.: 0126070
David J. Lienhart
Florida Bar No.: 0034640
**ROETZEL & ANDRESS**
420 South Orange Avenue
CNL II, 7th Floor
Orlando, FL 32801
Telephone: 407-896-2224
Fax: 407-835-3596
gjensen@ralaw.com
dlienhart@ralaw.com
**COUNSEL FOR MIDLAND LOAN SERVICES, INC.**

72292 v_01 \ 122714.0002